# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd St. Suite 4510　　　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620
jbarton@faillacelaw.com

October 11, 2019

**VIA ECF**
Judge J. Paul Oetken
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 7066
New York, NY 10007

　　　　Re:　*Ramirez et al v. East River Restaurant Group, LTD. et al;*
　　　　　　*19-cv-02534-JPO; U.S. District Court, Southern District of New York*

　　This firm represents Plaintiff in the above referenced matter. I write to advise the Court that the parties reached an agreement in principal during their mediation. The parties anticipate being in a position to submit their agreement to the Court for approval within thirty days. As such, the parties respectfully request that all upcoming conferences and deadlines in this case be adjourned sine die.

　　Thank you for your attention.

　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　Jesse S. Barton, Esq.
　　　　　　　　　　　　　　　　　　　　　　Michael Faillace & Associates, P.C.
　　　　　　　　　　　　　　　　　　　　　　60 East 42nd Street, Suite 4510
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10165
　　　　　　　　　　　　　　　　　　　　　　Tel No. (212) 317-1200
　　　　　　　　　　　　　　　　　　　　　　Fax No. (212) 317-1620